**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TIMOTHY SHAULIS,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　**Case No.: 8:17-cv-01421-CEH-AEP**

**ORACLE AMERICA, INC.,**

    **Defendant.**

    _____/

**DEFENDANT ORACLE AMERICA, INC.'S**
**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

 X  IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this 4th day of August, 2017.

                            Respectfully submitted by:

                            **JACKSON LEWIS P.C.**

                            */s/ Laura E. Prather*
                            Laura E. Prather, B.C.S.
                            LEAD TRIAL COUNSEL
                            Florida Bar No. 870854
                            E-mail: laura.prather@jacksonlewis.com
                            Andrew R. Lincoln, Esq.

                Florida Bar No: 0069588
                E-mail: andrew.lincoln@jacksonlewis.com

                Wells Fargo Center
                100 S. Ashley Drive, Suite 2200
                Tampa, Florida 33602
                Telephone:  813-512-3210
                Facsimile:  813-512-3211

                *Attorneys for Defendant, Oracle America, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of August, 2017, a true and correct copy of the foregoing *Defendant Oracle America, Inc.'s Notice of Pendency of Other Actions* was filed using the CM/ECF system, which will automatically send electronic notice to all counsel of record.

                */s/ Laura E. Prather*
                Attorney

4827-2428-4236, v. 1