## Lincoln, Andrew R. (Tampa)

| | |
|---|---|
| **From:** | Miguel Bouzas <MBouzas@fgbolaw.com> |
| **Sent:** | Monday, November 27, 2017 3:40 PM |
| **To:** | Lincoln, Andrew R. (Tampa); Prather, Laura E. (Tampa) |
| **Subject:** | Fwd: SERVICE OF DISCOVERY DOCUMENTS: Timothy Shaulis v. Oracle America, Inc./Case No. 8:17-cv-1421-CEH-AEP |
| **Attachments:** | 2017-11-27   Rule 26 Initial Disclosures (Oracle - Shaulis).pdf; ATT00001.htm |

Good afternoon. Can we get a one-week extension on this? Wife in labor today and my assistant is out.  Much appreciated

Thank you,

**Miguel Bouzas, Esq.**
Florin Gray Bouzas Owens, LLC
16524 Pointe Village Drive, Suite 100
Lutz, Florida 33558
Telephone: (727) 254-5255
Toll Free: (888) 814-6199
Fax: (727) 483-7942
E-Mail: miguel@fgbolaw.com



CONFIDENTIALITY NOTE: This communication may be privileged and confidential; therefore, it should not be disseminated to others.  If this message was received in error, please immediately reply that you have received this communication in error and delete it.

Begin forwarded message:

> **From:** "Dawson, Denise (Tampa)" <Denise.Dawson@jacksonlewis.com>
> **Date:** November 27, 2017 at 2:45:53 PM EST
> **To:** "wolfgang@fgbolaw.com" <wolfgang@fgbolaw.com>, "debbie@fgbolaw.com" <debbie@fgbolaw.com>, "chris@fgbolaw.com" <chris@fgbolaw.com>, "miguel@fgbolaw.com" <miguel@fgbolaw.com>, "lindsey@fgbolaw.com" <lindsey@fgbolaw.com>, "greg@fgbolaw.com" <greg@fgbolaw.com>, "daniela@fgbolaw.com" <daniela@fgbolaw.com>, "gina@fgbolaw.com" <gina@fgbolaw.com>, "robin@fgbolaw.com" <robin@fgbolaw.com>, "lindsay@fgbolaw.com" <lindsay@fgbolaw.com>
> **Cc:** "Prather, Laura E. (Tampa)" <Laura.Prather@jacksonlewis.com>, "Lincoln, Andrew R. (Tampa)" <Andrew.Lincoln@jacksonlewis.com>, "Villa, Nicole M. (Tampa)" <Nicole.Villa@jacksonlewis.com>, "Burdon, Sarah (Tampa)" <Sarah.Burdon@jacksonlewis.com>, "Santamaria, Nicole (Tampa)" <Nicole.Santamaria@Jacksonlewis.com>, "Dawson, Denise (Tampa)" <Denise.Dawson@jacksonlewis.com>
> **Subject: SERVICE OF DISCOVERY DOCUMENTS: Timothy Shaulis v. Oracle America, Inc./Case No. 8:17-cv-1421-CEH-AEP**
>
> Good afternoon counsel,



Exh C

1

In the case of Timothy Shaulis v. Oracle America, Inc., in U.S.D.C., Middle District of Florida, Tampa Division, case number 8:17-cv-01421, please find attached Defendant Oracle America, Inc.'s Initial Disclosures Pursuant to Rule 26.

Thank you and best regards,
Denise
For Andrew R. Lincoln and Laura E. Prather

Denise Dawson

Legal Secretary to Monica Williams Harris, Andrew R. Lincoln, Nicole Santamaria

**Jackson Lewis P.C.**

Wells Fargo Center
100 South Ashley Drive
Suite 2200
Tampa, FL 33602

Direct: (813) 512-3212 | Main: (813) 512-3210

Denise.Dawson@jacksonlewis.com | www.jacksonlewis.com

*Jackson Lewis P.C. is included in the AmLaw 100 law firm ranking and is a proud member of the CEO Action for Diversity and Inclusion initiative*

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.