## Lincoln, Andrew R. (Tampa)

**Subject:** FW: SERVICE OF DISCOVERY DOCUMENTS: Timothy Shaulis v. Oracle America, Inc./Case No. 8:17-cv-1421-CEH-AEP

**From:** Burdon, Sarah (Tampa)
**Sent:** Wednesday, January 10, 2018 4:32 PM
**To:** MBouzas@fgbolaw.com
**Cc:** Lincoln, Andrew R. (Tampa) <Andrew.Lincoln@jacksonlewis.com>; Prather, Laura E. (Tampa) <Laura.Prather@jacksonlewis.com>; Dawson, Denise (Tampa) <Denise.Dawson@jacksonlewis.com>
**Subject:** RE: SERVICE OF DISCOVERY DOCUMENTS: Timothy Shaulis v. Oracle America, Inc./Case No. 8:17-cv-1421-CEH-AEP

Good afternoon, Mr. Bouzas:

We have not yet received Plaintiff's rule 26 disclosures. Please provide same to our office as soon as possible.

Thank you,

Sarah


Sarah Burdon
Paralegal
**Jackson Lewis P.C.**
Wells Fargo Center
100 South Ashley Drive
Suite 2200
Tampa, FL 33602
Direct: (813) 512-3214 | Main: (813) 512-3210
Sarah.Burdon@jacksonlewis.com | www.jacksonlewis.com
***Jackson Lewis P.C. is included in the AmLaw 100 law firm ranking and is a proud member of the CEO Action for Diversity and Inclusion initiative***

**From:** Miguel Bouzas [mailto:MBouzas@fgbolaw.com]
**Sent:** Monday, November 27, 2017 3:40 PM
**To:** Lincoln, Andrew R. (Tampa) <Andrew.Lincoln@jacksonlewis.com>; Prather, Laura E. (Tampa) <Laura.Prather@jacksonlewis.com>
**Subject:** Fwd: SERVICE OF DISCOVERY DOCUMENTS: Timothy Shaulis v. Oracle America, Inc./Case No. 8:17-cv-1421-CEH-AEP

Good afternoon. Can we get a one-week extension on this? Wife in labor today and my assistant is out. Much appreciated

Thank you,

**Miguel Bouzas, Esq.**



Exh D

1

Florin Gray Bouzas Owens, LLC
16524 Pointe Village Drive, Suite 100
Lutz, Florida 33558
Telephone: (727) 254-5255
Toll Free: (888) 814-6199
Fax: (727) 483-7942
E-Mail: miguel@fgbolaw.com

CONFIDENTIALITY NOTE: This communication may be privileged and confidential; therefore, it should not be disseminated to others. If this message was received in error, please immediately reply that you have received this communication in error and delete it.

2