**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TIMOTHY SHAULIS,**

    **Plaintiff,**

v.                                Case No.: 8:17-cv-01421-CEH-AEP

**ORACLE AMERICA, INC.,**

    **Defendant.**

_____/

**DEFENDANT ORACLE AMERICA, INC.'S**
**MOTION TO WITHDRAW MOTION TO COMPEL DISCOVERY RESPONSES**
**AND MANDATORY RULE 26 INITIAL DISCLOSURES**

Defendant, Oracle America, Inc., through its counsel, moves to withdraw its Motion to Compel Discovery Responses and Mandatory Rule 26 Initial Disclosures (the "Motion") (D.E. 16). Since filing the Motion, Plaintiff has provided all requested discovery responses, a document production, and his Rule 26 Initial Disclosures. Thus, court intervention is no longer necessary.

WHEREFORE, Oracle America, Inc. respectfully requests to withdraw its Motion to Compel Discovery Responses and Mandatory Rule 26 Initial Disclosures.

Respectfully submitted this 21st day of February, 2018.

                                                       **JACKSON LEWIS P.C.**

                                                       */s/ Andrew R. Lincoln*
                                                       Laura E. Prather, B.C.S.
                                                       LEAD TRIAL COUNSEL
                                                       Florida Bar No. 870854
                                                       E-mail: laura.prather@jacksonlewis.com
                                                       Andrew R. Lincoln, Esq.

Florida Bar No: 0069588
E-mail: andrew.lincoln@jacksonlewis.com
Wells Fargo Center
100 S. Ashley Drive, Suite 2200
Tampa, Florida 33602
Telephone:  813-512-3210
Facsimile:  813-512-3211

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2018, I electronically filed *Defendant Oracle America, Inc.'s Motion to Withdraw Motion to Compel Discovery Responses and Mandatory Rule 26 Initial Disclosures* with the Clerk of Court through the CM/ECF system, which will automatically send an electronic notice to all counsel of record.

*/s/ Andrew R. Lincoln*
Attorney

4842-7461-1294, v. 1