**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**TIMOTHY SHAULIS,**

    **Plaintiff,**

v.                                                   **Case No.: 8:17-cv-01421-CEH-AEP**

**ORACLE AMERICA, INC.,**

    **Defendant.**

_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND
COMPLAINT, JOINT MOTION TO EXTEND CASE DEADLINES,
AND SUPPORTING MEMORANDUM OF LAW**

Plaintiff, Timothy Shaulis, by and through his undersigned counsel, and pursuant to Rule 15(a)(2), Federal Rules of Civil Procedure, files this Motion for Leave to Amend Complaint in this action. In addition, the Parties jointly move for an Order extending the discovery and related case management deadlines. In support thereof, Plaintiff and the Parties state as follows:

**I.  PROCEDURAL HISTORY**

1. On or about July 13, 2017, Plaintiff timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") and the Florida Commission on Human Relations ("FCHR"), alleging discrimination and retaliation based on sex and disability. Plaintiff received a Notice of Right to Sue on March 2, 2018, therefore all conditions precedent have been met under Title VII of the Civil Rights Act of 1964 ("Title VII"), the Americans with Disabilities Act ("ADA"), and the Florida Civil Rights Act, Chapter 760,

Florida Statutes ("FCRA").

   2.   On June 15, 2017, Plaintiff filed the instant action with this Court. (Doc. 1). In Plaintiff's Complaint, he noted his intention to amend his Complaint after exhausting his administrative remedies and meeting all conditions precedent under Title VII, the FCRA, and the ADA. (*Id.*).

   3.   On July 24, 2017, Defendant filed its Answer and Affirmative Defenses. (Doc. 5).

   4.   On October 27, 2017, the Court entered the Case Management and Scheduling Order. (Doc. 14).

   5.   Since the Case Management and Scheduling Order, the parties have engaged in written discovery, including third party discovery, and the deposition of Plaintiff has taken place. In addition, the deposition of a central third-party witness is scheduled to take place on June 7, 2018.

   6.   Moreover, pursuant to the current Case Management Order, the Parties have scheduled a mediation conference to take place on July 17, 2018.

   7.   The current litigation schedule sets forth the following deadlines for the instant matter:

   i.   Discovery Deadline – August 10, 2018

   ii.  Dispositive Motions – September 7, 2018

   iii. Meeting in Person Prepare Final Pretrial Statement – December 7, 2018

   iv.  Final Pretrial Statement – December 17, 2018

   v.   All Other Motions – December 24, 2018

   vi.  Final Pretrial Conference – January 15, 2019

   vii. Trial Briefs and Deposition Designations – January 8, 2018

   viii. Trial Term Begins – February 8, 2019

8. To date, Plaintiff's deposition has been conducted, and third-party depositions are scheduled to take place on June 7, 2018.  The parties are working to finalize the dates for the final witness depositions in the matter.  However, the Parties have agreed, in the interest of judicial economy, to first conduct the mediation scheduled to take place on July 17, 2018 before conducting the remaining depositions.  Due to the travel schedule of counsel for the parties, and the varying geographic locations throughout the United States of the remaining witnesses in this case, the parties request a short 90-day extension to the remaining case deadlines in this matter.

**II.** **MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND PLAINTIFF'S AMENDED COMPLAINT**

Rule 15(a)(2) Fed. R. Civ. P. allows for the amendment of complaints and states in pertinent part: "a party may amend its pleading only with the opposing party's written consent or the court's leave.  The court should freely give leave when justice so requires."

As of the date of filing, the parties have conducted discovery under the agreement that all discovery would include Plaintiff's claims raised in his EEOC charge.  Plaintiff is only seeking to amend his Complaint to include his discrimination and retaliation claims that are the subject of his EEOC charge pursuant to Title VII, the ADA, and the FCRA, since Plaintiff has recently received a Notice of Right To Sue allowing him to pursue these claims.  This will allow for judicial economy by including all of Plaintiff's remaining claims in one pleading and in one action, rather than Plaintiff pursuing two separate actions.  Permitting Plaintiff to amend his Complaint would not result in any prejudice to Defendant and will not delay the just and

speedy disposition of this matter. A copy of Plaintiff's proposed Amended Complaint is attached as Exhibit "A."

### III. MEMORANDUM IN SUPPORT OF JOINT MOTION TO EXTEND CASE DEADLINES.

Federal Rule of Civil Procedure 6(b) grants the Court discretion, for cause shown, to stay or continue litigation deadlines. Both parties agree that the requested extension is in the best interest of both parties for the reasons discussed above. Further, the Parties represent that the relief requested is made in good faith and is not intended to unduly delay this action. To the contrary, the requested extension will enable the parties to properly conduct meaningful discovery in the event this case cannot be resolved at the upcoming mediation, which in turn, will promote "the just, speedy, and inexpensive determination of this action." Fed.R.Civ. P. 1.

Therefore, the parties respectfully request that the Court enter an Order extending the case deadlines referenced herein by 90-days as follows, or as the Court otherwise sees just and proper:

    i. Discovery Deadline – November 10, 2018

    ii. Dispositive Motions – December 7, 2018

    iii. Meeting in Person Prepare Final Pretrial Statement – March 7, 2019

    iv. Final Pretrial Statement – March 17, 2019

    v. All Other Motions – March 24, 2019

    vi. Final Pretrial Conference – April 15, 2019

    vii. Trial Briefs and Deposition Designations – April 8, 2019

    viii. Trial Term Begins – May 8, 2019

### III.  CONCLUSION

For the reasons set forth herein, Plaintiff respectfully requests that the Court enter an Order permitting Plaintiff to file an Amended Complaint to include his discrimination and retaliation claims under Title VII, the ADA, and the FCRA, and enter an Order extending the case deadlines as requested herein, or as the Court otherwise sees just and proper.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Counsel for Plaintiff hereby certifies that he conferred with Defendant's counsel regarding the relief sought in this motion, who confirmed that Defendant has no objection to Plaintiff's request to amend the Complaint and joins with Plaintiff in seeking to extend the case deadlines.

Respectfully Submitted,

| | |
|---|---|
| */s/ Miguel Bouzas, Esq.* | */s/ Andrew R. Lincoln* |
| Miguel Bouzas | Laura E. Prather, B.C.S. |
| Florida Bar No. 48943 | Lead Trial Counsel |
| miguel@fgbolaw.com | Florida Bar No. 870854 |
| FLORIN, GRAY, BOUZAS, OWENS, LLC | Laura.prather@jacksonlewis.com |
| 16524 Pointe Village Drive | Andrew R. Lincoln |
| Suite 100 | Florida Bar No. 0069588 |
| Lutz, FL 33558 | Andrew.lincoln@jacksonlewis.com |
| Telephone: (727) 254-5255 | |
| Facsimile: (727) 483-7942 | JACKSON LEWIS, P.C. |
| | Wells Fargo Center |
| *Attorneys for Plaintiff* | 100 South Ashley Drive |
| | Suite 2200 |
| | Tampa, FL 33602 |
| | Telephone: (813) 512-3210 |
| | Facsimile: (813) 512-3211 |
| | |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 25, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Laura E. Prather, Esquire and Andrew R. Lincoln, Esquire at the following email addresses: laura.prather@jacksonlewis.com, and andrew.lincoln@jacksonlewis.com.

**FLORIN GRAY BOUZAS OWENS, LLC**

*/s/ Miguel Bouzas*_____
**MIGUEL BOUZAS, ESQUIRE**
Florida Bar No.: 48943
Primary:	miguel@fgbolaw.com
Secondary:	gina@fgbolaw.com
**WOLFGANG M. FLORIN, ESQUIRE**
Florida Bar No.: 907804
wolfgang@fgbolaw.com
**CHRISTOPHER D. GRAY, ESQUIRE**
Florida Bar No.: 902004
chris@fgbolaw.com
**GREGORY A. OWENS, ESQUIRE**
Florida Bar No.: 0051366
greg@fgbolaw.com
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
Telephone (727) 254-5255
Facsimile (727) 483-7942

*Trial Attorneys for Plaintiff*