UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY SHAULIS,

    Plaintiff,                      Case No: 8:17-cv-01421-CEH-AEP

v.

ORACLE AMERICA, INC.,

    Defendant.
_____/

## MEDIATION REPORT

In accordance with the Court's Mediation Order(s), a mediation conference was held on **July 17, 2018**, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference and each possessed the requisite settlement authority:

    __X__        Defendant and its counsel were in attendance.

    __X__        Plaintiff and his counsel were in attendance.

    _____        Designated corporate representatives.

    _____        Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:   None

(c) The outcome of the mediation conference was:

    __X__        **The case completely settled.** In accordance with Local Rule 9.06(b), lead counsel will promptly notify the court of settlement in accordance with Local Rule 3.08 within ten (10) days of the mediation conference.

   _____     The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this court to resolve:

   _____     The conference was continued with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding judge. Mediation reports will be filed after additional conferences are complete.

   _____     The parties reached an IMPASSE.

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2018, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, who will provide electronic notification to the following:

| | |
|---|---|
| Miguel Bouzas<br>Florin Gray Bouzas Owens, LLC<br>16524 Pointe Village Drive, Suite 100<br>Lutz, FL 33558 | Laura E. Prather<br>Andrew R. Lincoln<br>Jackson Lewis, PC<br>100 S. Ashley Drive, Suite 2200<br>Tampa, FL 33602 |

_/s/ Mark A. Hanley_
Mark A. Hanley
Email: mhanley@bradley.com
Florida Bar No.: 328405
**BRADLEY ARANT BOULT CUMMINGS LLP**
100 N. Tampa Street, Suite 2200
Tampa, Florida 33602
(813) 559-5500 - telephone
(813) 229-5946 - facsimile
*Mediator*